# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNKNOWN PLAINTIFF <br><br> PLAINTIFF(S) <br><br> v. <br><br> LG ELECTRONICS U.S.A. INC. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 8:25–cv–01768 <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

_____      _____      _____

Date Filed      Doc. No.      Title of Doc.

**ERROR(S) WITH DOCUMENT:**

You have attempted to open this case electronically but have failed to upload successfully the required PDF version of any initiating document, such as a complaint or notice of removal. You must file an initiating document within two business days of this notice or the docket for this case number will be closed.

*Other Error(s):*

Clerk, U.S. District Court

Dated: August 19, 2025       By: /s/ *Shaunte M Hunter  Shaunte_Hunter@cacd.uscourts.gov*
                                  Deputy Clerk